UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY MANAGEMENT TRUST
COMPANY, as Collateral Agent
for Mellon Bank, N.A., as Trustee
of Bell Atlantic Master Trust
with Respect to Account C,
    Plaintiff,

V

RICCARDO OLIVIERI, an individual,
    Defendant.

CA 04- 11873-JLT

ORDER

SEPTEMBER /, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

United States District Judge