IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIDELITY MANAGEMENT TRUST
COMPANY, as Collateral Agent for Mellon
Bank, N.A., as Trustee of Bell Atlantic
Master Trust with Respect to Account C,
                Plaintiff,

v.

RICCARDO OLIVIERI, an individual,
                Defendant.

Civil Action No. 04-cv-11873-NMG

## ASSENTED TO MOTION FOR EXTENSION
## OF TIME TO RESPOND TO REMAND MOTION

The Defendant moves that the time within which he must respond to "Fidelity Management Trust Company's Motion to Vacate Removal and for Remand Motion for Remand" (the "Remand Motion") be extended through the close of business on October 18, 2004. This motion has been assented to. In further support hereof the Defendant states:

1. This action was originally filed on July 15, 2004 in the Massachusetts Trial Court, and was removed to this Court on August 27, 2004.

2. On September 22, 2004, Plaintiff filed the Remand Motion, a response to which is due by October 7, 2004. The Remand Motion seeks to remand this case to the Massachusetts Trial Court.

3. The primary counsel assisting in the preparation of the Defendant's response is John Bustard, an attorney in Florida. He reports that he will be unavailable to assist the undersigned Boston counsel on this matter until October 11, due to the death of his grandmother.

4. The relief requested herein will not prejudice any party.

WHEREFORE DEFENDANT REQUESTS that the time within which he must file an answer or other responsive pleading to the Remand Motion be extended to and including October 18, 2004.

RICCARDO OLIVIERI
By his attorneys,


/s/ Kenneth J. DeMoura
Richard L. Levine (BBO#297040)
Kenneth J. DeMoura (BBO#548910)
ADLER POLLOCK & SHEEHAN
175 Federal Street
Boston, MA 02110
(617) 603-0556 (Mr. Levine)
(617) 482-0600 (Mr. DeMoura)
(617) 482-0604 (fax)

ASSENTED TO:

/s/ Anthony M. Feeherry
Anthony M. Feeherry, Esq.
Counsel for Plaintiff

Dated: October 6, 2004
312334_1