IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY MANAGEMENT TRUST COMPANY, as Collateral Agent for Mellon Bank, N.A., as Trustee of Bell Atlantic Master Trust with Respect to to Account C,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RICCARDO OLIVIERI, an individual,<br>　　　　　　　　Defendant. | Civil Action No. 04-CV-11873-NMG |

## OBJECTION TO "FIDELITY MANAGEMENT TRUST COMPANY'S MOTION TO VACATE REMOVAL AND FOR REMAND"

The Defendant objects to the above motion, and in support hereof states that this Court has jurisdiction over the issues in this case, both as a matter of diversity, and as a matter of addressing a non-core proceeding related to a pending Bankruptcy case.

Further, the language of the guaranty signed by the Defendant, but authored by the Plaintiff or its principals, is insufficiently explicit to bar the Defendant from seeking removal.

In further support hereof, the Defendant has this date submitted a Memorandum of Law.

　　　　　　　　　　　　　　　　RICCARDO OLIVIERI
　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　*/s/ Kenneth J. DeMoura*
　　　　　　　　　　　　　　　　Richard L. Levine (BBO#297040)
　　　　　　　　　　　　　　　　Kenneth J. DeMoura (BBO#548910)
　　　　　　　　　　　　　　　　ADLER POLLOCK & SHEEHAN
　　　　　　　　　　　　　　　　175 Federal Street
　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　Tel: (617) 482-0600
　　　　　　　　　　　　　　　　Fax: (617) 482-0604

Dated: October 19, 2004
*313314_1*