**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FIDELITY MANAGEMENT TRUST COMPANY, as Collateral Agent for Mellon Bank, N.A., as Trustee of Bell Atlantic Master Trust with Respect to Account C<br><br>　　　　Plaintiff,<br>　v.<br><br>RICCARDO OLIVIERI, an individual<br><br>　　　　Defendant. | Civil Action No. 04-cv-11873 NMG |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

　　IT IS HEREBY STIPULATED by the parties hereto, subject to approval of the Court, that the time for Plaintiff Fidelity Management Trust Company to file and serve its response to the Amended Answer and Counterclaim served on it October 28, 2004 by Defendant Riccardo Olivieri is extended to and including Tuesday, November 23, 2004.

　　This is the first extension of time sought by Fidelity.

        Respectfully submitted,

        <u>/s/ Brian H. Mukherjee</u>
        Anthony M. Feeherry, P.C. (BBO # 160860)
        Brian H. Mukherjee, Esq. (BBO # 643954)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, Massachusetts  02109
        Telephone:  617-570-1000
        Facsimile: 617-523-1231
        Attorneys for Fidelity Management Trust Company,
        as Investment Manager and Collateral Agent and
        not Individually

        <u>Richard L. Levine /s/ (BHM)</u>
        Richard L. Levine (BBO # 297040)
        ADLER POLLOCK & SHEEHAN
        175 Federal Street
        Boston, MA  02110
        Telephone:  617-482-0600
        Facsimile:  617-482-0604
        Attorney for Riccardo Olivieri

Dated:  November 17, 2004


SO ORDERED this _____ day of November, 2004

_____
United States District Judge