### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY MANAGEMENT TRUST COMPANY, as Collateral Agent for Mellon Bank, N.A., as Trustee of Bell Atlantic Master Trust with Respect to Account C<br><br>        Plaintiff,<br>v.<br><br>RICCARDO OLIVIERI, an individual<br><br>        Defendant. | Civil Action No. 04-cv-11873 NMG |

### **ORDER**

Upon consideration and review of the Parties' Joint Motion to Stay, it is hereby ORDERED that all proceeding is this action are stayed pending approval of the Plan of Reorganization of Florida Development Associates, Ltd. and related parties by the United States Bankruptcy Court for the Southern District of Florida in case numbers 04-12033, 34, and 35, until further order of this Court.

SO ORDERED this ____ day of December, 2004.

 

_____
Nathaniel M. Gorton
United States District Judge

LIBA/1440403.1