## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY MANAGEMENT TRUST COMPANY, as Collateral Agent for Mellon Bank, N.A., as Trustee of Bell Atlantic Master Trust with Respect to Account C<br><br>　　　　　　Plaintiff,<br>　v.<br><br>RICCARDO OLIVIERI, an individual<br><br>　　　　　　Defendant. | Civil Action No. 04-cv-11873 NMG |

## **ORDER**

Upon consideration and review of the Parties' Joint Motion for Continuance, it is hereby ORDERED that the status conference scheduled for April 28, 2005 is continued for a period of thirty (30) days.

SO ORDERED this _____ day of April, 2005.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge