IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY MANAGEMENT TRUST COMPANY, as Collateral Agent for Mellon Bank, N.A., as Trustee of Bell Atlantic Master Trust with Respect to Account C<br><br>　　　　　Plaintiff,<br>　v.<br><br>RICCARDO OLIVIERI, an individual<br><br>　　　　　Defendant. | Civil Action No. 04-cv-11873 NMG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Fidelity Management Trust Company ("Fidelity"), as collateral agent and investment manager and not individually, on behalf of Mellon Bank, N.A., as Trustee of the GTE Service Corporation Plan for Employees' Pensions Trust with respect to Account No. 176230, *n/k/a* the Bell Atlantic Master Trust with respect to Account C ("Bell Atlantic Trust"), and Defendant Riccardo Olivieri hereby that this case be dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

| /s/ Brian H. Mukherjee | /s/ Richard L. Levine |
|---|---|
| Anthony M. Feeherry, P.C. (BBO # 160860)<br>Brian H. Mukherjee, Esq. (BBO # 643954)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, Massachusetts  02109<br>Telephone:  617-570-1000<br>Facsimile: 617-523-1231 | Richard L. Levine (BBO # 297040)<br>Kenneth J. DeMoura (BBO # 548910)<br>ADLER POLLOCK & SHEEHAN<br>175 Federal Street<br>Boston, Massachusetts  02110<br>Telephone:  (617) 482-0600<br>Facsimile:  (617) 482-0604 |
| Attorneys for Fidelity Management Trust Company, as Investment Manager and Collateral Agent and not Individually | Attorneys for Riccardo Olivieri |

Dated:  May 20, 2005

SO ORDERED this _____ day of May, 2005.

                                                                                                                                                                                                                                                                                                           _____<br>
                                                            Nathaniel M. Gorton<br>
                                                            United States District Judge